# IN THE MATTER OF MOSES DAVID

## 1809

### Journal Entries

1. Affidavit filed . . . . . . . . . . *Journal, infra,* *p. 253
2. Order for mandamus . . . . . . . . . " 255
3. Return filed; argument heard . . . . . . . " 257
4. Opinion . . . . . . . . . . . . " 258
5. Judgment . . . . . . . . . . . " 273
6. Proceedings ordered transmitted . . . . . . . " 414